**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00169-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FARID BAYOT,

        Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On November 14, 2007, the probation officer submitted a petition for early termination of probation in this case. On November 27, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on November 27, 2007, and the United States has not objected to the proposed relief. Accordingly, it is

        ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this __28th__ day of December, 2007.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock
        United States District Judge